UNITED STATES BANKRUPTCY COURT
DISTRICT OF WESTERN WISCONSIN

In Re:

Roger A. Bunders

And In Re:

Patricia E. Bunders

Debtors.

CHAPTER 7 CASE

CASE NO. 10-18161

### AMENDED NOTICE OF MOTION FOR RELIEF FROM STAY

TO: The Debtors, Roger A. Bunders and Patricia E. Bunders, Debtors' Attorney Kenneth J. Doran, Trustee William J. Rameker, U.S. Trustee and other interested parties as shown on the attached service list.

Green Tree Servicing LLC ("Green Tree"), as servicing agent for Irwin Union Bank and Trust Company, has filed papers with the court to seek relief from the Automatic Stay of bankruptcy.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant relief from the Automatic Stay, or if you want the court to consider your views on the motion, then on or before **December 30, 2010**, you or your attorney must:

File with the court a written response explaining your position at:

> Clerk of U.S. Bankruptcy Court
> Western District
> 120 North Henry Street
> PO Box 548
> Madison, WI 53701

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> James A. Sanford
> Stephenson, Sanford & Thone, P.L.C.
> 1905 East Wayzata Blvd., Suite 220
> Wayzata, MN 55391
>
> Kenneth J. Doran
> 2101 Fox Avenue
> Madison, WI 53711-1920
>
> William J. Rameker
> 33 East Main Street, Suite 500
> PO Box 2038
> Madison, WI 53701-2038
>
> U.S. Trustee
> 780 Regent Street, Suite 304
> Madison, WI 53715

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Stephenson, Sanford & Thone, P.L.C.

Dated: This 16th day of December, 2010

By: /e/ James A. Sanford
James A. Sanford
Attorney Reg. No. 0120450
Attorneys for Secured Creditor
1905 East Wayzata Blvd., Suite 220
Wayzata, MN 55391
(952) 404-2100

UNITED STATES BANKRUPTCY COURT
DISTRICT OF WESTERN WISCONSIN

In Re:

Roger A. Bunders

And In Re:

Patricia E. Bunders

    Debtors.

CHAPTER 7 CASE

CASE NO. 10-18161

## PROOF OF SERVICE

Breanna L. Enerson of STEPHENSON, SANFORD & THONE, P.L.C. attorneys licensed to practice law in this court, with office address of Suite 220, 1905 East Wayzata Blvd., Wayzata, MN 55391, declares under penalty of perjury that on 16th day of December, 2010 I served the annexed Amended Notice of Motion to each person referenced below, a copy thereof by enclosing the same in an envelope with first class mail postage prepaid and depositing the same in the post office at Wayzata, Minnesota, addressed to each of them as follows:

Roger A. Bunders
4710 Winnequah Rd.
Monona, WI 53716

Patricia E. Bunders
4710 Winnequah Rd.
Monona, WI 53716

Kenneth J. Doran
2101 Fox Avenue
Madison, WI 53711-1920

William J. Rameker
33 East Main Street, Suite 500
Madison, WI 53701-2038

And I declare under penalty of perjury, that the foregoing is true and correct.

Dated this 16th day of December 2010.

                                                                                                          */e/Breanna L. Enerson*